IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HERBERT J. MASON,<br><br>                Plaintiff,<br><br>vs.<br><br>PROFESSIONAL TRANSPORTATION, INC., an Indiana Corporation,<br><br>                Defendant. | CV 19-162-M-KLD<br><br><br>ORDER |

Plaintiff Herbert J. Mason has filed an Unopposed Motion for Extension of Motions Deadline. For good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Motions Deadline (fully briefed) set forth in the Court's Order of July 1, 2020 (Doc. 18) is hereby extended to September 18, 2020.

DATED this 4th day of September, 2020.

                                            Kathleen L. DeSoto
                                            United States Magistrate Judge