IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HERBERT J. MASON,<br><br>    Plaintiff,<br><br>vs.<br><br>PROFESSIONAL<br>TRANSPORTATION, INC., an<br>Indiana Corporation,<br><br>    Defendant. | CV 19-162-M-KLD<br><br><br>ORDER |

   Counsel for Defendant Professional Transportation Inc. has requested to appear at the Final Pretrial Conference set for October 29, 2020, at 10:00 a.m. by telephone or video. (Doc. 71.) The motion is DENIED. Counsel for Defendant shall appear in person at tomorrow's Final Pretrial Conference.

   DATED this 28th day of October, 2020.


Kathleen L. DeSoto
United States Magistrate Judge

1