IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HERBERT J. MASON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROFESSIONAL TRANSPORTATION, INC., an Indiana Corporation,<br><br>　　　　　Defendant. | CV 19-162-M-KLD<br><br>ORDER |

As discussed at the final pretrial conference on October 29, 2020,

IT IS ORDERED that the following exhibits, to which no objection has been made, are hereby admitted for purposes of trial:

Plaintiff's exhibits:　　2, 6, 7, 10, 13, 14, 21-38, 40-65, 67-79, 82, 87, 90, 91, and 100.

Defendant's exhibits:　　503, 505, 551, 553, 562, 563, 570, 577, 592, 593, and 596

DATED this 3rd day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1