IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HERBERT J. MASON, <br><br> Plaintiff, <br><br> vs. <br><br> PROFESSIONAL TRANSPORTATION, INC., an Indiana Corporation, <br><br> Defendant. | CV-19-162-M-KLD <br><br> ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals to the jurors during their deliberations.

DATED this 18th day of May, 2021.

Kathleen L. DeSoto
United States Magistrate Judge